UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CELESTINA ALSTON, <br> *as next friend of A.E.S.,* <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:15CV1461 CDP <br> ) <br> ) <br> ) <br> ) <br> ) |

## **MEMORANDUM AND ORDER**

Plaintiff Celestina Alston having complied with my Order of October 8, 2015,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue on plaintiff's complaint.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2015.